

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00068-CV

| | | |
|---|---|---|
| AMBREYA PLAYER, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2022-002361-2) |
| V. | § | January 11, 2024 |
| TIANNA S. BOOKER, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order sustaining Appellee Tianna S. Booker's plea to the jurisdiction is reversed and that the case is remanded to the trial court.

It is further ordered that Appellee Tianna S. Booker must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr